**FILED**

Plaintiff's Name _Mickey Donohue_
Inmate No. _P-67146_
Address _4284 CAStle wood St._
_RockLin, CA 95677-2804_
_4284 CAStle wood St._

JUL 10 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

2:15 - CV - 1488 CKD P(

_Mickey Donohue_              _No: 14F06390_
(Name of Plaintiff)          (Case Number) **Report: NW2014-0205958**

vs.                          COMPLAINT

_SACramento County_          Civil Rights Act, 42 U.S.C. § 1983
_SHerriFFS DepArtment_       1. PFeiFer 1398                    742
_5510 GArField Ave_          2. Noble 455
_SAC, CA 95841_              3. (96E2 SAC. County SherriFFs dep.
(Names of all Defendants)    4. Limbird 179
                             5. Persson 742

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A.  Have you brought any other lawsuits while a prisoner? Yes ___ No **X**

B.  If your answer to A is yes, how many? _____
    Describe previous or pending lawsuits in the space below.
    (If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff _Mickey Donohue_

Defendants _PFeiFer 1398, Noble 455, (96E2 SAC. County_
_SHerriFFS DepArtment 742, Limbird 179, Persson 742_

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_Superior Court County oF SACramento_

3. Docket Number _14F06390_    4. Assigned Judge _John P Winn Dep. 23_

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_NO: 14F06390_

6. Filing date (approx.) _5-25-2015_  7. Disposition date (approx.) _9-8-2014_
                                          _DAte oF Arrest_

1

## II.   Exhaustion of Administrative Remedies

A.   Is there an inmate appeal or administrative remedy process available at your institution?

Yes X   No___

B.   Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes X   No___

If your answer is no, explain why not_____

_____

_____

_____

_____

C.   Is the process completed?

Yes X   _____ If your answer is yes, briefly explain what happened at each level.

**Denied, ect.** _____

_____

No___   _____ If your answer is no, explain why not.

_____

_____

_____

_____

**NOTICE:**   Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution.  You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002).  **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

## III.  Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A.   Defendant **Pfeifer Badge 1398** is employed as **Sacramento Sheriff Department** at **North Division**

2

B.  Additional defendants J. Noble 455 (96E2)
Persson BAdge 742, Limbird BAdge 179

IV.  **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

9-8-2014  GArLAnd Ct/Don Julio Time 11:37 Am,
CAse 14F06390, OFFicer PPeifer #1398 BeAt me in the HeAd
And FAce with A Big MetAl FLAsH Light. Look At 2 = DAsH CAms,
it sHows everything. Noble #455 punching me in FAce, HeAd,
see the DAsH CAm. I stoped the CAr And wAs sitting in it
With the seAt belt on. WAtch the DAsH CAm.
    I Am still in ALot OF PAin, MisconFiguAtion, DisFiguration
CAse 14F06390 report 14-205958, PostrAmAtic Stress,
MisconFiguration/DisFiguration to Body, PermAnent DAmAge
to HeAd, FAce, Nerve DAmAge, Arm, BAck, Blurry Vision, ect.
I wAs sceaming to Stop, PleAse Stop.

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PAy A TotAl oF $813,264.⁰⁰ ThAts For PAin And SufFering
And HospitAl Bill $12,989.⁰² Mercy SAn juAn MedicAl Center
CAse # 14-280234 incident: 1412232
    CAse No: K3031256 SAcrAmento MetropolitAn Fire District
# 14-280234 incident: 1422322

I declare under penalty of perjury that the foregoing is true and correct.

Date 5-25-2015

Signature of Plaintiff Mickey D Donohue

```
*****************************************************************************
* REPORT-JIPR3M          SACRAMENTO COUNTY SHERIFF'S DEPARTMENT      PAGE 1   *
*                        INMATE BOOKING INFORMATION RECEIPT                   *
* DATE- 09/08/2014                                              TIME- 16:28 *
*****************************************************************************
```

```
NAME- DONOHUE, MICKEY  JOHN                        XREF-  0620673
ADDR.-   4224      CASTLEWOOD              ROCKLIN         CA 95677
DOB.-      /1966    POB.- SACRAMENTO          CA
VEHICLE DISPO.-


ARREST INFORMATION:

DATE- 09/08/14  TIME- 11:37 AGENCY- CA0340000    SACRAMENTO COUNTY SHERIFF'S DE
LOCATION- GARDLAND CT/ DON JULIO

BOOKINGS:
1) REGISTRY NUMBER- 09830761 01
   WARRANT NBR.-              LEA.-
   DATE- 09/08/2014  TIME- 16:25   TYPE- PICKUP (FRESH ARREST)
                                   BAIL AMOUNT-  $1,000,000.00
```

| CODE | SECTION | DESCRIPTION | SEVERITY | COUNT |
|------|---------|-------------|----------|-------|
| VC | 2800.2 | EVADE POLICE OFFICER-DRIVING IN RECKLESS | FEL | 01 |
| HS | 11377 | POSSESSION OF DANGEROUS DRUG CONTROLLED | FEL | 01 |
| VC | 10851 | MOTOR VEHICLE THEFT | FEL | 01 |
| PC | 496D | PURCHASE OR RECEIPT OF STOLEN VEHICLE | FEL | 01 |

```
CASES:
  NONE


OUTSTANDING WARRANTS:
  NONE


OUTSTANDING HOLDS:
  NONE


BAIL STATUS: TOTAL BAIL REQUIRED FOR RELEASE-      $1,000,000.00
```

( 2 year Commitment )   De Laney Street
600 Embarcadero
San Francisco, CA 94107
(415) 512-5104

Jericho Project   Brisbane Office
P.O. Box 2367   (415) 656-1700 phone
Brisbane, CA 94005   (415) 467-9011 FAX

www. Jericho-Project. org

# DVI LAW LIBRARY

**NAME :** **DONAHUE**

**CDC# :** **P67146**

**HOUSE :** **F-235L**

**READ THIS** You were put on the waiting list as of the date STAMPED on this cover sheet. NOTE: You only need to put in one(1) request to get access.

*PROCESSING DATE :* 5/26/2015

| ID#: | FORM: |
| --- | --- |
| 212 | 4 SHEETS OF PAPER |
| 100 | CAILFORNIA CODE OF REGULATIONS DIV. 3 |

*Done*

If you are indigent & require an appropriately sized envelope, you need to contact your assigned counselor or housing unit staff. According to CCR 3138(h), you are entitled to unlimited mail to any court or to the Attorney General as well.

If you have submitted a second request within the current week, your order will not be processed.

**AGAIN, ONLY ONE (1) LEGAL REQUEST PER WEEK !**
**THE LIBRARY DOES NOT CIRCULATE RECREATIONAL / LEGAL MATERIALS TO RC OR AD-SEG INMATES UNLESS STAFF INITIATED.**

# CITY OF SACRAMENTO - CLAIM FORM

For official use only

**◆◆◆◆ PLEASE READ INSTRUCTIONS ON OTHER SIDE FIRST ◆◆◆◆**

Name of Claimant: _Mickey_ _John_ _Donohue_
(First Name) (Middle Initial) (Last Name)

Home Address: _4224 Castlewood Street_

City, State, Zip: _Rocklin, CA 95677-2804_   Date of Birth: _1966_

Daytime _(916) 213-3029_ Evening _(916) 213-3029_   DL# _C2505218_

---

Type of Loss: ● Personal Injury   ● Other _Medical/pain suffering_ Police Report # _14-205958_
_Misconfiguration/Disfiguration   Case 14F06390_
   O Property Damage   O Indemnity-Date complaint served   _Hospital K30319256_

When did injury or damage occur? _9-8-2014_   _Monday_   _11:37_ (AM)PM
(Month/Day/Year) (Day of Week) (Time)

Where did injury or damage occur? (Street address, intersecting streets, or other location) _Garland Ct/ Don Julio_

---

How did injury or damage occur? (Describe accident or occurrence) _Officer Pfeifer #1398, Noble_
_#455 beating me with metal flash light and punching me, ect._

What action or inaction of City employee(s) caused your injury or damage? _Sacramento County_
_Sheriff's Department, See Dash Cams, Medical reports K30319256_

What injury or damage did you suffer? _Misconfiguration/Disfiguration to Body, permanent_
_Damage to Head, Face, Arm, Back, Feet, Blurry Vision, Nerve damage, Post-tramatic stress, ect_

Name of any witnesses: _Mercy San Juan Medical Center   Number K30319256_
(Name) (Address) (Phone Number)
_Sac. Metropolitan Fire District 14-280234 incident No. 14122322_
(Name) (Address) (Phone Number)

Name of City employee(s) involved? _Officer's Pfeifer #1398, Noble #455, ect._

Amount of Claim: Personal Injury $ _800,000.00_ Property Damage $ _____ Other $ _13,264.00_ Bills

Limited Civil Case: Yes _____ No _X_   _Total $ 813,264.00_

*State the amount of your claim if the total amount is $10,000.00 or less. If it is over $10,000.00, no dollar amount shall be stated, but you are required to state whether the claim would be a limited civil case (total amount of claim does not exceed $25,000).*

---

## ALL NOTICES AND/OR COMMUNICATIONS SHOULD BE SENT TO:

Name _Karen Norton + Mickey Donohue_ Daytime Phone _(916) 213-3029_

Address (Street, City, State, Zip): _4224 Castlewood Street Rocklin, CA 95677-2804_

---

**Warning:** It is unlawful to knowingly present or cause to be presented any false or fraudulent claim for payment of a loss or injury (P.C.550(a)). Every person who violates this paragraph is guilty of a felony punishable by imprisonment in state prison for two, three, or five years and by a fine not exceeding fifty thousand dollars ($50,000)(P.C.550(c)(1)).

Signature: _Mickey Donohue_ Relationship (self,) attorney, guardian, etc.) Date: _2-10-2015_

CCFORM 6 (Rev 12/14)

# CLAIM AGAINST THE CITY OF SACRAMENTO

## INSTRUCTIONS

On the reverse side of the sheet is a claim form CCFORM 6: entitled "City of Sacramento - Claim Form." The original, together with one copy of all attachments, are to be filed with the Office of the City Clerk. Retain one copy for your records. Please send to this address:

> **Office of the City Clerk**
> 915 I Street
> 5th Floor, New City Hall Bldg.
> Sacramento, CA  95814

**NOTICE:** The City Clerk's Office is the **ONLY** office to which claims may be submitted. Claims are **NOT** to be sent to the City Attorney, Risk Management, or any other City Department.

**Please fill out claim form completely. Missing information will delay the processing of your claim. Please Print.**

## PROCEDURES

Claims received by the Office of the City Clerk are forwarded to the City's Claims Administrator. All claimants are then notified what action will be taken within 45 days (plus additional days if the form is mailed to the City Clerk), or otherwise notified as to the claim itself.

If recommended for denial by the Administrator, your claim will then be submitted to the Sacramento City Clerk for final, official rejection. You will be sent a letter from the Sacramento City Clerk, or her designee, notifying you of the action taken and of any further action necessary or available to you.

The Sacramento Housing and Redevelopment Agency, Sacramento Regional Transit, County of Sacramento, Sacramento Municipal Utilities District, and the Sacramento Unified School District are **separate** from the City of Sacramento and any claims against them must be submitted directly to the Agency or Authority.

***ALL CLAIMS ARE PUBLIC RECORD***

# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

## CITIZEN COMPLAINT FORM

FOR OFFICIAL USE ONLY
FILE NO.

**REPORTING PERSON (LAST, FIRST, MIDDLE NAME)** Donohue, Mickey John
RACE: Wht/E AEX: Male DOB (mm/dd/yy): -1966
SSN: 1812

**RESIDENCE ADDRESS (ADDRESS AND ZIP CODE)** 4224 Castlewood St. Rocklin, CA 95677-2804
TELEPHONE: 916-213-3029

**BUSINESS OR SCHOOL**
TELEPHONE: 916-849-7100

### VICTIM OF ALLEGED INCIDENT

**VICTIM (LAST, FIRST, MIDDLE NAME)** Donohue, Mickey John SAME ☐
DOB (mm/dd/yy): 1966 AGE: 48
ARRESTED: ☑ YES ☐ NO

**RESIDENCE ADDRESS (ADDRESS AND ZIP CODE)** 4224 Castlewood St Rocklin, CA 95677
TELEPHONE: 916-213-3029
ATTORNEY OR REPRESENTATIVE: Paige A. Hein
TELEPHONE NO.: 700 Hst. Suit 0270

### NAME OF EMPLOYEE (IF KNOWN)

| NAME | DIVISION | RANK | BADGE | CAR NO. | DESCRIPTION |
|------|----------|------|-------|---------|-------------|
| Pfeifer | | | 1398 | | Sac. County Sheriff |
| Noble | | | 455 | | Sac. County Sheriff |
| | | | | | |

### WITNESSES

| NAME | ADDRESS | TELEPHONE |
|------|---------|-----------|
| Karen Norton | 4224 Castlewood St. | (916) 213-3029 |
| Larry Norton | 4224 Rocklin, CA 95677 | (916) 213-3029 |
| Reuhen Mo | 916 989-1408 | (916) 642-2641 |

**DETAILS OF COMPLAINT OR CRITICISM: IT IS IMPORTANT TO INCLUDE AS MANY FACTUAL DETAILS AS POSSIBLE SO THE INCIDENT MAY BE FULLY INVESTIGATED. PLEASE USE REVERSE SIDE OF THIS FORM, IF NECESSARY.** CASE 14F06390

**TIME AND DATE OF INCIDENT** 9-8-14 1137
**LOCATION OF INCIDENT** Garland Ct / Don Julio
**CRIME REPORT NO.** 14-205958

On 9-8-2014 Time 1137 when I stoped Car And Parked behind A Parked Car on Garland Ct / Don Julio. When Officer #1398 Pfeifer, Noble #455 jumped out of Patrol Vehicle And Started beating me Numerous Times with A Big Metal Flashlight in Head, Back of Head, Face, And Left Arm. Also Noble was punching me in the Face And Head.

I was Not resisting At All, I was Sitting in the driver Seat with the seatbelt on. Look At the Dash Cams From Case 14F06390 Report 14-205958 3 reports were written And they All Contradict each other, Lying on the reports.

I Also was put in that handcuffs in the Car with seatbelt still on, then punched And taken out of Car And while I was Standing up the Officer threw me down Face First with Handcuffs on, then picked me up And took me in Front of A House by Car And made me sit down on A Small block wall And was standing on my Feet with His boots, I Had No Shoes on

**I CERTIFY THESE STATEMENTS TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF:**
Mickey D Donohue
**SIGNATURE OF REPORTING PERSON**

**SIGNATURE OF PARENT/GUARDIAN (IF UNDER 18 YEARS OLD)**

**PHOTOGRAPH(S) ATTACHED?** ☑ YES ☐ NO
**IF YES, NUMBER OF PHOTOGRAPHS** 1 Plus Look At Dash Cam

**SIGNATURE OF PERSON RECEIVING COMPLAINT**
BADGE NO. | DIVISION | TELEPHONE | DATE/TIME RECEIVED

7400-160s REV 7-98 (7401 FORM 017 REV 7/98)

REPORTING PERSON (NAME) Mickey Donohue        DATE OF COMPLAINTS 2-10-2015

He Also was yelling At me standing on my Feet trying For me to start A Fight with Him. He had the HAndcuffs on way to fight on me And was going to take them off so He could beat me up more And try And get me to Fight Him. I just kept my mouth shut And waited For the SAcrAmento MetropolitAn Fire District Run Number: 14-280234 incident No: 14122322 to help me.                                              $275.58

ALSO went to Mercy SAn JuAn Medical Center WID Number K30319256 $12,989.00

ALSO still in pAin, MisconFigurAtion/DisFigurAtion to Body, PermAnent DAmAge to HeAd, FAce And Arm, BAck, Feet. Blurry Vision, Migraine HeadAches, Post-trAmAtic-stress, Nerve damAge And pAin.

See dASH CAMS And photogrAphs And HospitAl records.

ALSO A FemAle OFFicer took Alot of photogrAphs, And took A report And LeFt. I still HAve scArs And dent in my skull From Metal FLASH Lites And Fists.

# 3B Library Request (GLU) or (PLU)

**Last Name:** *Donohue*   CDCR# *P-67146*   Date: *6-30-15*

**Circle One Assignment:** *UN, AM Class or PM Class, Other*

Prefer: A.M. __X__   P.M. __X__   Either __X__

Housing 3BO: __2__   Cell: __241__

DATE SCHEDULED TO COME TO THE LIBRARY:_____ **AM / PM**

| SERVICES NEEDED: CHECK ALL THAT APPLY |
| --- |
| BOOKS __X__ |
| COPIES __X__ |
| RESEARCH __X__ |