UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY DONOHUE,<br><br>            Plaintiff,<br><br>     v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>            Defendant. | No.  2:15-cv-1488 CKD P<br><br>ORDER |

Plaintiff has requested the appointment of counsel.  (ECF No. 5.)  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied without prejudice to renewal at a later stage of the litigation.

Plaintiff also seeks an extension of time to file unspecified documents after using the prison library.  (ECF No. 5.)  The only deadline at this time is for plaintiff to file an affidavit in support of his application to proceed in forma pauperis or pay the filing fee, so that this action

may go forward. (ECF No. 4.) Plaintiff will be granted thirty days from the date of this order to file an IFP affidavit or pay the fee, extending the earlier deadline.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 3, 2015 motion is granted in part and denied in part as follows:

1. Plaintiff's motion to appoint counsel (ECF No. 5) is denied without prejudice; and

2. Plaintiff shall submit, within thirty days of the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: August 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/dono1488.31