UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY DONOHUE,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:15-cv-1488 CKD P<br><br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has renewed his request for the appointment of counsel. (ECF No. 13.) At this time, the court finds that the appointment of counsel is warranted. Paul Masuhara and Mark Merin have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 13) is granted;

2. Paul Masuhara and Mark Merin are appointed as counsel in the above entitled matter;

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment; and

////

////

1

4. The Clerk of Court is directed to serve a copy of this order upon Paul Masuhara and Mark Merin, Law Office of Mark E. Merin, 1010 F Street, Suite 300, Sacramento, CA 95814.

Dated: September 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/dono1488.counsel