CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443
Attorneys for Defendant DEPUTY PFEIFER

MARK E. MERIN, SBN 043849
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, CA 95814
Telephone: 916.443-6911
Email: mark@markmerin.com
Attorneys for Plaintiff MICKEY DONOHUE

CARL L. FESSENDEN, SBN 161494
PORTER SCOTT APC
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916.929-1481
Email: cfessenden@porterscott.com
Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, JACK NOBLE, MARK LIMBIRD, ADAM PERSSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY J. DONOHUE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, PFEIFER (#1398), NOBLE (#455), LIMBIRD (#179), PERSSON (#742), and DOES 1 to 50,<br><br>    Defendants. | No.: 2:15-cv-1488 CKD P<br><br>STIPULATION & ORDER<br>TO STAY ALL DATES AND DEADLINES |

IT IS HEREBY STIPULATED BY ALL PARTIES through their attorneys of record as follows:

1  WHEREAS on January 6, 2016, the Honorable Magistrate Judge Carolyn K. Delaney issued a Discovery And Scheduling Order (ECF No. 29), assigning discovery and dispositive motion dates and deadlines in this action;

WHEREAS on January 19, 2016, Plaintiff filed two motions seeking to strike affirmative defenses from the answers filed by defendants in this matter, and said motions are currently fully briefed and under submission;

WHEREAS the parties have begun discovery, but wish to defer the time and expenses associated with it while settlement efforts occur;

WHEREAS the parties through their counsel are engaged in sincere and earnest settlement negotiations and seek to avoid unnecessary discovery and motions practice, and pursue resolution of this matter;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. Upon the Court's approval of this stipulation, all dates and deadlines set for discovery to close and dispositive motions to be filed are vacated.

2. That this matter be stayed for sixty (60) days from the date of this order to allow the parties to pursue settlement negotiations and efforts.

3. At the end of sixty (60) days the parties will report the status of the case to the Court, and either file a notice of settlement and/or dismissal of the case or submit a stipulation requesting the issuance of a scheduling order to reinstate discovery, expert witness disclosures and dispositive motion dates and deadlines.

IT IS SO STIPULATED.

DATE: March 15, 2016          LAW OFFICE OF MARK E. MERIN

                              /s/ Mark E. Merin
                              MARK E. MERIN
                              Attorneys for Plaintiff MICKEY DONOHUE

CREGGER & CHALFANT, LLP.
701 University Ave., #110.
Sacramento, CA 95825
(916) 443-4443

| | |
|---|---|
| DATE: March 15, 2016 | PORTER SCOTT, APC |
| | /s/ Carl L. Fessenden |
| | CARL L. FESSENDEN |
| | Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, JACK NOBLE, MARK LIMBIRD, ADAM PERSSON |
| DATE: March 15, 2016 | CREGGER & CHALFANT LLP |
| | /s/ Robert L. Chalfant |
| | ROBERT L. CHALFANT |
| | Attorneys for Defendant DEPUTY PFEIFER |

## **ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. All dates and deadlines set for discovery to close and dispositive motions to be filed are vacated.

2. This matter is stayed for sixty (60) days from the date of this order to allow the parties to pursue settlement negotiations and efforts.

3. At the end of sixty (60) days the parties will report the status of the case to the Court, and either file a notice of settlement and/or dismissal of the case or submit a stipulation requesting the issuance of scheduling order to reinstate discovery, expert witness disclosures and dispositive motion dates and deadlines.

IT IS SO ORDERED.

Dated: March 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110.
Sacramento, CA 95825
(916) 443-4443