**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, JACK NOBLE, MARK LIMBIRD and ADAM PERSSON

CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
ALEXANDER L. NOWINSKI, SBN 304967
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant DEPUTY PFEIFER (#1398)

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiff MICKEY J. DONOHUE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY J. DONOHUE, | Case No. 2:15-cv-01488-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ADAM PERSSON, WITH PREJUDICE** |
| v. | |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, PFEIFER (#1398), NOBLE (#455), LIMBIRD (#179), PERSSON (#742), and, and DOES 1-50, | 1st Amended Complaint Filed: 9/28/2015 |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MICKEY DONOHUE, and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

SHERIFF'S DEPARTMENT, SCOTT JONES, PAUL PFEIFER, JACK NOBLE, MARK LIMBIRD, and ADAM PERSSON, by and through their undersigned counsel, that all of the claims by Plaintiff MICKEY DONOHUE alleged against Defendant ADAM PERSSON be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 26, 2016                     LAW OFFICE OF MARK E. MERIN

                                        By      /s/ Mark E. Merin *(authorized on 5/24/16)*
                                                Mark E. Merin
                                                Attorneys for Plaintiff MICKEY DONOHUE

Dated: May 26, 2016                     PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By      /s/ Carl L. Fessenden
                                                Carl L. Fessenden
                                                Attorneys for Defendants
                                                COUNTY OF SACRAMENTO,
                                                SACRAMENTO COUNTY SHERIFF'S
                                                DEPARTMENT, SCOTT JONES, JACK
                                                NOBLE, MARK LIMBIRD and
                                                ADAM PERSSON

Dated: May 26, 2016                     CREGGER & CHALFANT, LLP

                                        By      /s/ Robert L. Chalfant *(authorized on 5/24/16)*
                                                Robert L. Chalfant
                                                Attorneys for Defendant
                                                PAUL PFEIFFER

        **IT IS SO ORDERED.**

Dated: May 26, 2016

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL. 916.929.1481
FAX: 916.927.3706