**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, JACK NOBLE, MARK LIMBIRD and ADAM PERSSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEY J. DONOHUE,<br><br>      Plaintiff,<br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, PFEIFER (#1398), NOBLE (#455), LIMBIRD (#179), PERSSON (#742), and, and DOES 1-50,<br><br>      Defendants.<br>_____/ | Case No. 2:15-cv-01488-CKD (PC)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, PAUL PFEIFER, JACK NOBLE, AND MARK LIMBIRD, WITH PREJUDICE**<br><br>1st Amended Complaint Filed: 9/28/2015 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MICKEY DONOHUE, and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, PAUL PFIEFER, JACK NOBLE, and MARK LIMBIRD, by and through their undersigned counsel, that all of the claims by Plaintiff MICKEY DONOHUE alleged against Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, PAUL PFEIFFER, JACK NOBLE, and MARK LIMBIRD be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 3, 2016                    LAW OFFICE OF MARK E. MERIN

                                          By    /s/ Mark E. Merin *(authorized on 05/24/16)*
                                               Mark E. Merin
                                               Attorneys for Plaintiff MICKEY DONOHUE

Dated:  June 3, 2016                    PORTER SCOTT
                                                   A PROFESSIONAL CORPORATION

|     |                     |                                                                 |
| --- | ------------------- | --------------------------------------------------------------- |
|     |                     | By    /s/ Carl L. Fessenden                                     |
|     |                     |       Carl L. Fessenden                                        |
|     |                     |       Attorneys for Defendants                                  |
|     |                     |       COUNTY OF SACRAMENTO, SACRAMENTO                          |
|     |                     |       COUNTY SHERIFF'S DEPARTMENT,                              |
|     |                     |       SCOTT JONES, JACK NOBLE, MARK                             |
|     |                     |       LIMBIRD and ADAM PERSSON                                  |
|     | Dated: June 3, 2016 | CREGGER & CHALFANT, LLP                                         |
|     |                     | By    /s/ Robert L. Chalfant *(authorized on 05/2416)*          |
|     |                     |       Robert L. Chalfant                                        |
|     |                     |       Attorneys for Defendant                                   |
|     |                     |       PAUL PFEIFFER                                             |

**IT IS SO ORDERED.**

Dated:  June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE